■ In the Matter of ISRAEL I. SYLVAN, a Disbarred Attorney.—Motion for reconsideration of order of disbarment, and for other related relief, denied in its entirety. Concur—Murphy, P. J., Sullivan, Carro, Milonas and Ross, JJ.

■ In the Matter of BERNARD J. COVEN, a Disbarred Attorney.—Application for reinstatement denied. Concur—Sullivan, J. P., Carro, Kupferman, Ross and Smith, JJ.

■ In the Matter of CHARLES E. MORRISON, a Suspended Attorney.—Application for reinstatement granted to the extent of referring this matter to the Departmental Disciplinary Committee for a hearing, and waiving the filing fee, all as indicated. Concur—Sullivan, J. P., Carro, Ross, Kassal and Smith, JJ.

■ In the Matter of GEORGE W. NASH, Admitted as GEORGE WINSTON NASH, a Suspended Attorney.—Motion granted to the extent of modifying the order of this Court entered on October 1, 1991 (176 AD2d 463), to reflect that the effective date of respondent's suspension is July 1, 1991. The interim order issued by a Justice of this Court on October 21, 1991 is recalled and vacated. Concur—Rosenberger, J. P., Asch, Kassal, Smith and Rubin, JJ.